IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **WILLIE MAE STUART, a/k/a** : | |
| **WILLIE MAE STEWART** : | |
| : | |
| Petitioner, : | |
| : | Case No. 7:05-CR-2(HL) |
| v. : | 28 U.S.C. § 2255 |
| : | Case No. 7:07-CV-90000(HL) |
| **UNITED STATES OF AMERICA,** : | |
| : | |
| Respondent. : | |

### ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation ("R&R") (Doc. 56) on Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255 (Doc. 31).  The R&R recommends denying the Motion.  Petitioner has filed a timely Objection (Doc. 59).  Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Petitioner's Objection and has made a de novo determination of the portion of the R&R to which she objects.  After careful consideration, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

**SO ORDERED**, this the 15th day of December, 2008

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**

dhc