# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**WILLIE MAE STEWART**,

    Plaintiff,

v.

**UNITED STATES OF AMERICA**,

    Defendant.

Civil Action No. 7:07-CV-90000 (HL)
Case No. 7:05-CR-02 (HL)

## ORDER

The Recommendation (Doc. 99) of United States Magistrate Judge Thomas Q. Langstaff is before the Court. The Magistrate Judge recommends that Petitioner's Motion to Vacate, Set Aside, or Correct her Sentence pursuant to 28 U.S.C. § 2255 (Doc. 98) be dismissed. Petitioner has not filed an objection to the Recommendation.

The Court has reviewed the Recommendation and finds no clear error in the Magistrate Judge's decision. Accordingly, the Court accepts and adopts the Recommendation. The Motion to Vacate, Set Aside, or Correct Sentence is dismissed. A Certificate of Appealability is denied.

**SO ORDERED**, this the 28th day of July, 2014.

    *s/ Hugh Lawson*
    **HUGH LAWSON, SENIOR JUDGE**

aks